UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-345-GCM

| | | |
|---|---|---|
| **MICHAEL H. GRECO,** | ) | **ORDER GRANTING** |
| Plaintiff, | ) | **ADMISSION** |
| v. | ) | *PRO HAC VICE* |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the motion of Plaintiff Michael H. Greco to allow **Alan H. Zuckerman** to appear *Pro Hac Vice*, dated July 24, 2008 [doc # 4].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Zuckerman has paid the fee of Two Hundred and Fifty Dollars ($250.00) to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: July 28, 2008

Graham C. Mullen
United States District Judge