UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-345-GCM

| | |
|---|---|
| MICHAEL H. GRECO,<br>        Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br>        Defendant. | **ORDER** |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **January 11, 2010, at 10:00 a.m.**.

**SO ORDERED**.

Signed: August 14, 2009

Graham C. Mullen
United States District Judge