IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:08-CV-345

| | |
|---|---|
| MICHAEL H. GRECO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon its own motion. The parties have notified the Court of their efforts to settle this matter and have informally requested that this case be administratively stayed pending settlement negotiations. Accordingly, all proceedings are hereby stayed for ninety days; at the expiration of which, the parties are directed to notify the court *informally by telephone* of the status of settlement negotiations.

**IT IS SO ORDERED.**

Signed: July 22, 2010

Graham C. Mullen
United States District Judge