IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-345-GCM

| | |
|---|---|
| MICHAEL H. GRECO, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

THIS MATTER is before the court upon its own motion. The parties have notified the Court of their efforts to settle this matter and have informally requested that the Court extend the administrative stay currently in effect pending further settlement negotiations. Accordingly, the administrative stay is hereby extended for an additional ninety days; at the expiration of which, the parties are directed to notify the Court *informally by telephone* of the status of settlement negotiations.

SO ORDERED.

Signed: October 25, 2010

Graham C. Mullen
United States District Judge