IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

Michael H. Greco, )
)
    Plaintiff/Counter-Defendant, )
)
v. ) No. 3:08-cv-00345-GCM
)
United States of America, )
)
    Defendant/Counter-Plaintiff )

## ORDER

This matter having come before the court on the Parties' Joint Motion to Extend the Administrative Stay, and having considered that motion and the pleadings in this case, it is

ORDERED that the motion is granted and that the administrative stay currently in effect in this case is extended an additional 90 days.

SO ORDERED, this 10th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

4837324.1