FILED
CHARLOTTE, NC
MAR 1 8 2013
US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

MICHAEL H. GRECO, )
)
   Plaintiff / Counter-Defendant, )
)
v. ) No. 3: 08-cv-00345 (GCM)
)
UNITED STATES OF AMERICA, )
)
   Defendant / Counter-Plaintiff )

## AGREEMENT FOR JUDGMENT

Upon the agreement of plaintiff and counter-claim defendant, Michael H. Greco, and defendant and counter-claim plaintiff, United States of America, through their undersigned counsel, the following final judgment is entered::

1. A delegate of the Secretary of the Treasury made assessments against Michael H. Greco on or about May 9, 2007, pursuant to 29 U.S.C. § 6672 for unpaid trust fund taxes in the total amount of $ 4,063,062.

2. As part of a settlement the parties reached, Michael H. Greco agrees to a judgment in the amount of $1,500,000 under the conditions set forth in the settlement agreement.

3. Each party will bear its costs incurred in this action, including but not limited to any attorney's fees.

Agreed to:

For Plaintiff. And Counter-Claim Defendant, Michael H. Greco:

*[signature]*

ALAN H. ZUCKERMAN
Flaster/Greenberg P.C.
1810 Chapel Ave West
Cherry Hill, NJ 08002
856-661-2266
Fax: 856-661-1919


For Defendant and Counter-Claim Plaintiff, United States of America:

*[signature]*

E. CHRISTOPHER LAMBERT
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 307-6536
Fax: (202) 514-6866
E-mail: E.C.Lambert@usdoj.gov


IT IS SO ORDERED, ADJUDGED, AND DECREED:

Dated: 18 MARCH 2013

*[signature]* Graham C. Mullen
United States District Court Judge